Timothy Edwards 11371-025
_____
Name and Prisoner/Booking Number

FPC YANKTON
_____
Place of Confinement
FPC YANKTON
P.O. Box 700, ᵛ · ⸗  ⸗⸗ᵓᵓ
_____
Mailing Address

Yankton, SD 57078
_____
City, State, Zip Code  ·

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
### SOUTHERN _____ DIVISION

Timothy Edwards
_____, 
(Full Name of Plaintiff)

Plaintiff,

vs.

WARDEN J.W COX, DR. BOYD, DR. PIERCE, ___ ,

_____

MRS. ALLEN, MR. MERTENS, MRS. STERNHAGEN,
_____

MS. THYGESON
_____, 
(Full Name of Each Defendant)

Defendants.

Case No. __4:20-cv-4130____
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

---

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   a. ☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   b. ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   c. ☐ Other: (Please specify.) _28 USC § 1291, 42 USC 1985, 42 USC 1986_

2. Name of Plaintiff: TIMOTHY EDWARDS, PRO SE
   Present mailing address: FPC YANKTON, P.O. BOX 700, YANKTON, SD 57078
   **(Failure to notify the Court of any change of address may result in dismissal of this action.)**

   Institution/city where violation occurred: FPC YANKTON, IN YANKTON, SOUTH DAKOTA

---

3. Name of first Defendant: J.W. COX _____ . The first Defendant is employed as: WARDEN _____ at FPC YANKTON _____ .

         (Position and Title)                             (Institution)

This Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both)

Explain how this Defendant was acting under color of law: For 1st, 8th, and 14th amendment violations, failure to protect and supervise/ train employees _____ .

4. Name of second Defendant: DR. Rock Boyd _____ . The second Defendant is employed as: DOCTOR _____ at FPC YANKTON _____ .

         (Position and Title)                             (Institution)

This Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both)

Explain how this Defendant was acting under color of law: 8th amendment violation by sexually assaulting me and failure to provide medical care _____ .

5. Name of third Defendant: DR. William Pierce _____ . The third Defendant is employed as: PSYCHOLOGIST _____ at FPC YANKTON _____ .

         (Position and Title)                             (Institution)

This Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both)

Explain how this Defendant was acting under color of law: 1st, 8th and 14th amendment right violation failure to comply with BOP Policy, protect, medical mal-practice, equal treatment violatiom

6. Name of fourth Defendant: Nurse Caila Steppad . The fourth Defendant is employed as: Nurse (MLP) _____ at FPC YANKTON _____ .

         (Position and Title)                             (Institution)

This Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both)

Explain how this Defendant was acting under color of law: 1st, 8th and 14th amendment right violations, equal treatement, failure to provide medical care, retaliation _____ .

(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)

## B. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes    No

2. If your answer is "yes," how many lawsuits have you filed? 2 . Describe the previous lawsuits in the spaces provided below.

3. First prior lawsuit:
   a. Parties to previous lawsuit:
     Plaintiff: Timothy Edwards _____

7. Name the fifth Defendant <u>Mr. S. Mertens</u>. The fifth Defendant is employed as: <u>Counselor</u> at <u>FPC YANKTON</u> .

This Defendant is sued in his/her: X individual capacity X official capacity

Explain how this Defendant was acting under color of law: For his failure to comply with BOP POlicy, PREA policy and to be my advocate 1st, 8th and 14th amendment violations.


8. Name the sixth Defendant <u>Mrs J. Sternhagen</u>. The sixth Defendant is employed as: <u>Unit Manager</u> at <u>FPC YANKTON</u>.

This Defendant is sued in his/her:  X individual capacity X official capacity

Explain how this Defendant was acting under color of law: for her failure to comply with Bop Policy, PREA policy, retaliation failure to be advocate and protect 1st, 8th and 14th amendment right in her supervisoral role.

9. Name the seventh Defendant <u>Mrs. S. Thygeson</u>. The seventh Defendant is employed as: <u>Case manager</u> at <u>FPC YANKTON</u>.

This Defendant is sued in his/her:  X individual capacity  X official capacity

Explain how this Defendant was acting under color of law: for her failure as case manager to be my advocate in protecting 1st, 8th , and 14th amendment right, for violation of BOP policy and PREA policy.

10. Name the eighth Defendant <u>Mrs. L. Allen</u>.  The eighth Defendant is employed as: <u>Legal Dept./liaison/R&D/advisor to Warden</u>. at <u>FPC YANKTON</u>.

This Defendant is sued in his/her:  X individual capacity  X official capacity

Explain how this Defendant was acting under color of law: for her failure to as legal liaison to be advocate in protecting my 1st, 8th and 14th amendment rights, for violating BOP POLICY AND that of PREA Policy.

Defendants: _____ Warden Heriberto Tellez _____

_____

b. Court: (If federal court, identify the district; if state court, identify the county.) 8 th
District Court & Court of Appeals _____
c. Case or docket number: —#9 _____
d. Claims raised: Due Process, violation, threatening _____

_____

e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?
Still Pending _____
f. Approximate date lawsuit was filed: about 2 yrs ago _____
g. Approximate date of disposition: Pending _____


4. Second prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: TIMOTHY EDWARDS _____ "14
      Defendants: Warden J.W COX _____

   _____

   b. Court: (If federal court, identify the district; if state court, identify the county.) _____

   c. Case or docket number: 4:20 - CV - 04074 _____
   d. Claims raised: ADA, medical denial, same as this _____

   _____

   e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?
   Dismissed for lack of jurisdiction to h/l 42 USC 1983
   f. Approximate date lawsuit was filed: 6 months ago _____
   g. Approximate date of disposition: Aug. 2020 about _____


5. Third prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: —N/A _____
      Defendants: — _____

   b. Court: (If federal court, identify the district; if state court, identify the county.) _____

   c. Case or docket number: ___—_____
   d. Claims raised: ___—_____

   _____

   e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

   f. Approximate date lawsuit was filed: ___—_____
   g. Approximate date of disposition: ___—_____

**(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

## C.  CAUSE OF ACTION

### COUNT I

1.  The following constitutional or other federal right has been violated by the Defendant(s): ____
My 8th Amendment right was violated, to be free from "cruel and unusual punishment", by DR. ROCK BOYD at FPC YANKTON.

2.  Count I involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)     ☐ Medical care    ☐ Access to the court   ☐ Mail
☐ Disciplinary proceedings    ☐ Retaliation    ☐ Exercise of religion   ☐ Property
☐ Excessive force by an officer   ☐ Threat to safety   ☒ Other:  Sexual assault

3.  **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I.  Describe exactly what each Defendant did or did not do to violate your rights.  State the facts clearly in your own words without citing legal authority or arguments).

Dr. Rock Boyd 'violated my 8th amendment right to be free from "cruel and unusual punishment", when he aggresively pulled down my underwear and pulled on my penis and testicals. This is Sexual Assault, that has caused pain in penis and testicals for 5 days after the event. This Sexual Assault has as well caused sever emotional damage to my well being, causing, sever anxiety, depression, lack of sleep, thoughts of suicide, and fear. As well Mr. Boyd's actual malice in medical mal-pratice, retailiation, and conspiring with other defendant's herein to further intentionally deprive me of my constitutional right in effort to cover up, the sexual assault were Boyd acting in a act of sexual gratification, demasclinating and retaliation. This was done purposefully and intentionally causing injury by way of emotional distress and actual phyisical harm. to genitella. This is "DELIBERATE INDIFFERANCE". This was not the end of pain and suffering caused by Dr. Boyd to Mr. Edwards, OIG online "COPOUTS" will prove Edwards repeated complaints of Dr. Boyd's Sexual gestures that was a threatening in nature to harrass, and to keep Edwards from complaining further.

4.  **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
Phyisical and emotional injury has accorded in this Sexual Assault, were emotional distress, anxiety, depression, lack of sleep, as well as phyisical injury to penis and testicals. This was allegedly documented at follow up appointment forced my Dr. William Pierce at same place the sexual assault had taken place, against Edwards request not to go back there.

5.  **Administrative Remedies:**
   a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                          ☒ Yes ☐ No
   b.  Did you submit a request for administrative relief on Count I?              ☒ Yes ☐ No
   c.  Did you appeal your request for relief on Count I to the highest level?     ☒ Yes ☐ No
   d.  If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _N/A  See ADMINISTRATIVE REMEDY #_
       _987811-A1_

## COUNT II

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
Dr. Rock Boyd, Dr. William Pierce, C. Steppad(nurse), Mr. S. Mertens, violated my 8th Amendment right to be provided adequate medical care and psychological care , WArden J.W. COX and Mrs. Jill Sternhagen and Mrs. S. Thygeson failed in supervisor roles to prevent this in furtherance.

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)

☒ Medical care ☐ Access to the court ☐ Mail
☐ Disciplinary proceedings ☐ Retaliation ☐ Exercise of religion ☐ Property
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

My PSR shows medical ailments being steel ankle, and swallen limp node in left neck, this have worsened during time of incarceration at FPC YANKTON. The Dr.'s listed herein have diagnosed further medical issues, blurred vison, headaches pain on left side of head/neck/templ as well as ankle and hip popping and sever pain, but have deliberately chosen to not treat these symptoms that they diagnosed. Instead, Dr. Boyd chose to Sexually assault me during examination, by forcibly removing underwear and pulling on penis and testicals, while Nurse Steppad stood in room behind me and did nothing. I was not asked to remove cloths. Dr. Pierce being the head psychologist failed in his duty as medical advocate in protecting my wellfare and emotional trama by forcing me by order to return to the scene of assault. Dr. Pierce futher alleges that the pain i feel is from PTSD, well if that was case he as well fails in his duty to treat this PTSD. Nor does this Dr Pierce continue any follow up on my well being besides onc or twice since this incident. After this incident i requested to be moved from this facility as I feared for my safety and well being. See OIG reports (COPOUTS). I suffer from sever headaches, blurred vison, ringing in left ear, temple pain, back of the left side of head hurts ankle metal is in constant pain, hip joint pops and is as well in pain all the time. Emotionall I have heightened anxiety, lack of sleep, dont eat or eat everything, sad, depressed. MPV level came back from blood test as high which can be many medical issues, nothing done to investigate

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
BEcause of these circumstances I am in constant pain phyisically and the emotional asspect has left me devistated, I beleive I will need years of therapy to trust being around male doctors again.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

---

## COUNT III

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
Dr. Rock Boyd, Dr. Pierce, Warden J.W. COX, Nurse C. Steppad, Mr. S. Mertens, Mrs. Sternhagen, Mrs. Allen, Mrs. S. Thygeson violated my 1st, 8th and 14th Amendment rights.

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
☐ Medical care   ☐ Access to the court   ☐ Mail
☐ Disciplinary proceedings   ☐ Retaliation   ☐ Exercise of religion   ☐ Property
☐ Excessive force by an officer   ☒ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
Defendant's above have threatened my safety by not complying with PREA protocal in protecting victum from their attacker, especially being that,that this attacker is the Head Doctor of the FPC YANKTON FACILITY. These defendant's conspired in effort to conseal and cover up to minimize the allegation and the report, as well attempted to deny access to the PREA AUDITOR. These Defendant's put me intentionally in harms way, when i repeatedly requested to be trans-ferred to another facility, because of DR. BOYD"S repeated sexual harassment and gestures during lunch, SEE IOG (COPOUTS). This was not only §§1985&1986 but as well retaliation for they even deny that I have any medical issues that CDC risk factors, this is completely false and intentionaly misleading to retaliate me being eligible for home confinement per the CARES ACT. This as well is a threat to my safety by their conspiracy to deny my constitutional rights, and medical treatment, I am intentionally being put in a situation of life or death from sever or fatal complications from contraction COVID-19 while being incarcerated. This Threat to Safety puts my LIBERTY at risk of perminate loss being a potential'DEATH SENTENCE. These defendant's have taken it upon them selves to act as the law and not an enforcer of the law. I repeatedly requested to each of these individuals to be transferred to another prison for my safety time after time DR. BOYD would make threatening and sexually harassing gestures at me in lunch room. On/about 3/19/20 CO ROGERS takes me for U.A. and tells me this is pregnancy test from me PREA.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
I am suffering from emotional distress and phyisical pain every day and all day. I am depressed and afraid for my safety and well being. THese defendants by their actions and inactions have permenitly scared me. I beleive i will need years of psychological treatment as well as medical treatment for these issues.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)

## COUNT IV

1. The following constitutional or other federal right has been violated by the Defendant(s): All Named Defendants herein have violated my 1st amendment rigth to be free from retaliation and BOP POLICY.

2. Count IV involves:  X Retaliation

3. Supporting facts: The Defendants have conspired in agreement See BP's to deprive me of CARES ACT stating that in fact I have no COVID-19 risk factors per CDC guidelinge which is completely false as my PSRTclearly states other wise, due to swallen limp nod in neck, metal in ankle, and the fact that since I appeal the incident report I was told that. CDC guidelines clearly state this metal in my body is a immunocompromised immune system, furthermore that the Hemotolgy report taken my Nurse Steppad proves per Rochester medical center that my "MPV" levels are high. This FPC YANKTON STAFF has worked together to deprive me intentionally of medical treatment for symptoms they have dianosed of my medical issues wordening but have choosen to ignore their duty and responcibity to provide adequate and proffésional treatment. This is retalitaion from PREA claim I made and that of the incident report I have been fighting in Court. By Head Pschologist not adequately treating PREA POLICY and that of BOP POLICY to protect inmate from their attackers, he has failed in his duty. Furthermore, to not continue to follow up is intentional disregard for the basic human rights. But to force by ORDER a victum back the very place in which they were attacked is down right in human. FPC WARDEN and the rest of these Defendants are in their supervisoral roles have failed PREA AND BOP POLICIES, not to mention common decentcy to human rights. All Defendants at one point or time evidence proves had a chance to intercede and do the right thing which is to comply with POLICY and laws to protect a person in their care from a preditor whom continued making sexual and harassing gestures at this inmate whom continued complaining of fear for safety and well being. Edwards has tried to do the right thing and comply with the law and policies this, well the people in charge of his care have failed that system our Constitution.

4.   Administrative remedies:
     a. Are there any administrative remedies(greivance procedure or administrative appeals) availible at your institution                                      X YES __ NO
          b. Did you submit a request for admin. relief on Count IV      X YES __ NO
          c. Did you appeal your request for relief to highest level     X YES X̄NO
          d. If you did not submit or appeal a request for admin. relief to highest level briefly explain why you did not. The CARES ACT home confinement has not been completed because central has not replied in #1013680-F1, 1022301-F1, 1022304-F1, but the law library was futile see 1016466-R1 this orginization has made it mind up my only recorse is this HOnorable Court for relief.

## D. REQUEST FOR RELIEF

State briefly what you want the Court to do for you.

Plaintiff seeks foremost injunctive relief: ordering immediate transfer to home confinement as preliminary injunction Fed. R. Civ. 65(a) or by declaratory relief; to include in release paid medical and mental health treatment; these federal actors acting in official capacity;

Plaintiff as well seeks damages from Defendants, FPC YANKTON Staff named herein, these federal officials acting in their individual capacities, in the form of compensatory, nominal, and punitive. This to cover medical and mental health treatment testing and theorpy. As well to cover pain and suffering that will take years to heal. The long lasting effects of being sexually assaulted by official federal actor in official and individual causing irraparable injury resulting from deliberate indifference, neglagent conduct. For A jury trial of my peers to determine how much monitary damage the Defendants have caused in their roles in depriving an inmate from all facts herein. For immediate medical treatment from a professional medical facility once Edwards is at his release residence as not to further the deliberate indifferance, to not to act promptly or in preliminary injunction will prove sever or fatal being as COVID-19 and my individual risk factors, can lead to potential death from this dealy virus. For Defendants to be ordered to pay all court costs, lawyer fees, and all other expenses this caused Plaintiff to endure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____8/27/20____
                    DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title or paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach additional pages. The form, however, must be completely filled in to the extent applicable.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF SOUTH DAKOTA

TIMOTHY EDWARDS,
    PETITIONER,

V.

WARDEN J.W. COX, DR. BOYD,
DR. PIERCE, FPC YANKTON,
BUREAU OF PRISON (BOP), MRS.
ALLEN AND MR. MERTENS,
    RESPONDENTS,

### FOR THE EXHAUSTION OF ADMINISTRATIVE REMEDIES
### WITH 42 USCS §1983 ATTACHED FOR CIVIL ACTION FOR DEPRIVATION OF RIGHTS

Comes Now, Timothy Edwards, Pro Se, humbly and respectfully requesting permission to open a §2241 against above named parties. This request is after the exhaustion of administrative remedies, from Edwards' being sexually assaulted by Dr. Boyd at FPC Yankton, the cover up by BOP and FPC Yankton staff. As well as the denial of medical treatment from diagnosed ailments which were not treated. This has created an atmosphere of "cruel and unusual punishment", a 8th Amendment violation of Edwards' Constitutional Rights. This being said should therefore allow §1983 for the civil action, for deprivation of rights directly caused by and related to §1983 exhaustion of administrative remedies.

Mr. Edwards, Pro Se, humbly and respectfully requests this Honorable Court review his Pro Se Pleading as required in the Supreme Court ruling in Haines v Kerner, 404 US (1972), that these proceedings are not drafted by professional attorney and shall therefore be construed liberally.

### JURISDICTION

Mr. Edwards exhausted all administrative remedies, and is in custody of FPC Yankton. This grants this Honorable Court Jurisdiction to proceed under 42 USC § 1983.

The civil right deprivation that has occured due to the sexual assault and actions by FPC Yankton staff and BOP administrators have violated Edwards' 8th Amendment Right, thus 42 USC §1983 must be an avenue in which jurisdiction is granted. For every person who, under color of any statue, ordinance, regulation, custom, or usage, of any state or territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the COnstitution and laws, shall be liable to the injured party in an action of law, suit in equity, or other proper proceedings for redress.

Mr. Edwards has as well addressed his health concerns with FPC Yankton in BP8 & BP9 in which per the COVID-19 and the passing of the CARES ACT H.R. 748, he can

1

therefore challenge his place of imprisonment, where Edwards' meets the criteria set out in CARES ACT to allow the BOP to place "at risk" inmates with low pattern scores, that have no violence, no sex crimes, no detainers such as Mr. Edwards on **HOME CONFINEMENT WITHOUT LIMITATIONS.** This FPC Yankton has been dragging their feet to comply with the order from attorney general Barr and President Trumps CARES ACT, they find "grey areas" to circumvent the system. This as well grants this Honorbale Courts Jurisdiction. Recent case law provides that"exhaustion of administrative remedies may unnecessary where it would be futile, either because agency decision makers are biased or because agency has already determined the issue." see United States v. Latrice-Colvin, 3:19-CR-179 Dist. Conn. ..

Since Edwards has exhausted all administrative remedies and has documented history of his rights being deprived by FPC Yankton staff, this sexual assault, the cover up and denial of medical treatment, is being proven and exposed by orginizations such as #metoo movement, The Crime Report, Miami Herald and the Hill Media Group. Mr. Edwards has gone about the proper and required method of reporting and requesting proper action to be taken to protect him from this sexual preditor and further Constitutional Right Deprivation. ALL of which have been blocked by an overly oppressive system. Exhibit     will show the denial of BP11 at Washington Level. None of the other BP's were returned to him this I beleive in effort to further the cover up by BOP and FPC Yankton staff. Mr. Edwards Constitutional Rights are being severely disturbed by these traumatic events. Similar circumstances were inmates medical attention has been denied and covered up. This the 4th Circuit holds "official's knowledge of policies and denial of grievences establish **DELIBERATE INDIFFERENCE.**" This so very similar to Edwards claim herein of 8th Amendment violation, this is found in Gordon v. Schilling, 2019 US App. Lexis 26676 (4th cir Sept 4, 2019). That Court held "it was an 8th amendment violation to with hold treatment from an inmate who suffers from serious chronic disease, until the inmates condition significantly deteriorates." As Edwards has proven by FPC Yankton Medical Staff's own reports he has been diagnosed with medical issues, but has yet to be treated nor even followed up for any ailments. Rather, that same facilities head of medical staff D. Boyd sexually assaults Mr. Edwards, sadistically, for sexual gratification, to humiliate in front of female staff and to retailiate against Edwards' simple request for medical treatment for ailments that have been documented and have gotten worse over the period of Edwards incarceration. This is clearly not Dr. Boyds first incident or accusation of sexual assault nor denial of medical treatment. This found in two very similiar cases to Edwards See McDonald v. Boyd, 2008 US Dist Lexis June 18, 2008; with the claim that he was denied medical treatment, 8th amendment violation, from not being treated for hernia in which he was diagnosed. See also Paul A. Roseberg v. US J.S. Willis, Fed. Prison Bureau; Dr. Boyd &Mr Downing, 2016 US dist lexis 156937, 4:15-CV-04076-LLP, the claim

2

of testical swelling, back injury and numerous other 8th amendment violation claims.

## FPC YANKTON LOCK DOWN FROM COVID-19

As of April 1, 2020, FPC Yankton is on lockdown due to the COVID-19 pandemic, this makes it impossible for Edwards to serve Respondents. Inmates are as well being denied access to the law library. Mr. Edwards is Pro Se and herein relies upon the Supreme Court ruling in Haines v. Kerner, 404 US (1972). In this request for this Honorable Court to serve Respondents, provide requested Exculpatory evidence and to hold Edwards' pleading s to lesser stringent standard then one drafted by professional attorneys'. See Exhibit 'C' library access denial/restriction

## REQUEST TO PROCEED IN FORMA PAUPERIS

Mr. Edwards is being held at FPC Yankton in Yankton South Dakota. Mr. Edwards has been previously granted to proceed in Forma Pauperis in Appeal #19-3791 , Mr. Edwards status has not changed he is currently indigent, incarcerated,layman. I, Timothy Edwards, Pro Se, humbly and respectfully move this Honorable Court to grant me permission to proceed in FOrma Pauperis, pursuant to 28 USC§ 1915.


## DISCOVERY REQUEST

I, Timothy Edwards,Pro se Humbly and respectfully move this Honorable Court to grant this request for the BOP, FPC YANKTON, DR. BOYD, DR. PEIRCE to be ordered to turn over any and all notes, documentation and evidence of Edwards' medical, phycological and sexual assualt as well as any and all of the BP's not returned to his person at any point in the process. This evidence is critical in providing this Honorable Court the evidence that is required to prove Edwards claims of denial of medical attention, Sexual Assault, and the cover up by FPC YANKTON/STAFF and the BOP. To not provide the evidence Edwards cannot provide by his being incarcerated, indigent, layman would prove a further violation of his COnstitutional Rights. Mr. Edwards pray this Honorable Court grant this Discovery request and issue said ORDER. See Lennear v. Wilson, Warden, No. 18-6403(4th cir Aug. 23,2019) for discovery request.

## DENIAL OF MEDICAL TREATMENT BY FPC YANKTON

Mr. Edwards PSR proves he self surrendered to the BOP in Pekin, Il, were he was transferred to Yankton FPC, of swallon limp nod in left side of his neck. The request of discovery will prove beyond any doubt that Edwards' ailment or symptoms have increased since his incarceration. These are documented in medical records, these record will as well prove that no treatment has been done as well. This is a denial of medical treatment and connot be said to be anything but. Edwards' was diagnosed with "ocular migranes" , but in fact no treatment has been done even after repeated attempts to receive medical treatment by FPC YANKTON MEDICAL STAFF. To this day his symptoms are increasing and have not been treated. Edwards' provides herein shown as Exhibit B a list that he provided to medical staff of his ailments or symptoms with

request for further investigative measures to be taken to be proactive in his future health and well being. Edwards' as well herein provides shown as Exhibt $A$ that is his email of repeated requests for medical attention. By this medical staff not treating the symptoms in which they diagnosed is simply put a denial of medical treatment! How can anyone say anything but that? Being Edwards a inmate of FPC YANKTON, FPC YANKTON is responcible for the care of Edwards. Edwards was sentenced to imprisonment not to be torchored by being denied medical treatment, for symptoms to be diagnosed but not treated , nor to be further investigated. This can only be said to be a 8th AMendment violation, making Edwards' endure "cruel and unusual punishment". This is clearly a violation of Edwards Constitutional Rights. The record is clear and desisive, this cannot be denied. Mr. Edwards request was and is simple to be treated for symptoms in which have worsened during his time being incarcerated. Edwards' provides herein shown as Exhibit $B$ the very list of symptoms he requested to be treated for that have worsened. What did happen is clear and obvious as well Edwards' was put into a room with Dr. BOyd  and Mrs Stepped were Dr. Boyd forcifully disrobbed Edwards for the purpose of sexual gratification, degrading, retailiation, and demasculinate Edwards.  This is not the end of the denial of medical treatment, Edwards reports the sexual assault to Mr. Mertens whom tells other staff memebers including the very Dr. Boyd himself. DR. PIERCE the head psychologist at FPC YANKTON forces Edwards by direct order to go back to the very place where he was sexually assaulted, with the DR. BOYD in very next room and requires Edwards to show his genitella to another female nurse. Edwards requested to be taken as noted in PREA notification to be taken to an outside facility "The River City Domestic Center", this request was denied, Edwards was forced to go back to the very place in which he was Sexually Assaulted. Furthermore, DR. PIERCE denied Edwards psychological medical treatment, from his being abused sexually. Instead DR. PIERCE assisted in the cover up. See Exhibit $D$ Edwards letter to the PREA Auditor whom came to FPC Yankton. This were FPC YANKTON posted staff to force inmate whom have PREA Complaints from making caim or talking with the PREA Auditor. With all this said and the evidence presented herein and the requested documentation, how can one not reasonably believe that Edwards was denied medical attention by FPC YANKTON MEDICAL AND PSYCHOLOGICAL Service. The evidence is clear the requests are clear the denials are clear. The cover up therefore must as well be clear.

The denial of medical and pschological treatment by DR. PIERCE and DR. BOYD is furthered by their statements that "ghost symptoms or pain" are because of Edwards' being diagnosed with PTSD. Well if that is the case, why has Edwards not been or ebing treated by DR. PIERCE , nor had any sessions for PTSD? MR. PIERCE as well fails at any and all attempts to provide adequate pschological treatment for Edwards being a survivor of sexual assault by FPC YANTON MEDICAL STAFF, nor for Edwards diagnosed PTSD, this in which I am sure he billing or being paid dearly to provide inmates.

4

A thorough investigation by Region or BOP coming to FPC YANKTON and selecting inmate not allowing the FPC YANKTON ADMINISTRATORS to select inmates, the truth will be told, This Facility has covered up for years the denial of medical treatment and the PREA claims, directing involving DR. BOYD. Many other inmates when they heard about what happened to me said they had the same situation happen to them , but were afraid of retailiation from staff. Please don't allow these injustices to continue.

## PREA CLAIM AGAINST DR. BOYD

DR. BOYD forcefully and aggressively pulled down my underwear and pulled down on my penis and testicals. He did this so had that the vein to left testical swelled which hurt for 5 day s after the assault, and a vein in the shaft of my penis remained hard for some months after the assault. At what time is it appropriate for medical staff to forcibly disrob an inmate. Edwards was concious and compliant to requests. What would be the purpose of the DR to do this to an inmate, this is the question one must ask themselves. DR. BOYD has a history of doing this to inmates, it is known here at FPC YANTON, but the problem is inmates are so scared of retailiation from staff nobody will say anything. That is until now, this can not be allowed in our society today. Groups such as #metoo and others are advocating for inmates to be safe to serve their sentences free from fear of being sexually assaulted by staff. This can only be said to be "CRUEL AND UNUSUAL PUNISHMENT", I was not sentenced to endure sexual assaults by a DR whom has a free pass to do as he wishes to whom he wishes. The administrative remedy process as well as IOG and PREA have completely failed Edwards in his reporting this! His Constitutional Rights have been completely ignored! The other main question is why would DR. BOYD pull on a penis and testicals in a downward motion? Is this standard protocal for checkin for hernia? NO, is clearly the answer here! Any medical perfessional will testify to this, unfourtinitly Edwards being incarcerated and indigent is unable to provide professional doctor testimony, which leads to Edwards request of this HONORABLE COURT to grant him appointment of counsel pursuant to § 3006(i)(e)(h)(2)(b) due to unusal circumstances and the difficulty of this case and the inablity to provide adequate evidence being inmates with limited resources and the current COVID -19 lockdown, were inmates at FPC YANKTON are being denied access to law library. The facts are clear, simple and direct here DR. BOYD sexaully assaulted Edwards. Edwards then reported it to his COunselor Mertens, whom the violated the confidentiality of PREA by calling DR. BOYD to notify him, instead of notifying the proper authorites. MR. MERTENS as well sought MS. STERNHAGEN rather than proper autorities in Edwards PREA claim. DR. PIERCE not only violated hisduty as Head Pschologist but as well violated Edwards COnstitutional rights. DR. PIERCE did not properly handle the situation by not treating Edwards PTSD, Sexual assault, nor investigation or aftercare. The facts are clear Edwards sought help from people he trusted and believed he could count on. FPC YANKTON STAFF the very people in charge of his safety, security and well-being. WARDEN J.W. COX covered up for staff this is true

5

Edwards sought out WARDEN J.W. COX personally to address what happened to him by DR. BOYD, Mr. MERTENS violating confidentiality, DR. PIERCE forcing by **DIRECT ORDER** back to the very place in which Edwards was sexually assaulted, with the very same DR. BOYD in the very next room. This while Edwards had to expose his genitella to DR. PIERCE and another nurse for insecption. Edwards requested that he be taken to "river city domestic center", as stated he should be allowed by DR. PIERCE's own PREA papers hanging around the compound. This was ignored the fact Edwards stated to DR. PIERCE " I don't want to go there, I feel like my anxiety ot too much, I feel like I am about to have a heart attack." This was ignored what did happen is DR. PIERCE by **DIRECT ORDER** told Edwards we are going to the same place in which you were assaulted. How is this right or proper? How can FPC YANKTON get away with this? I will tell you how the BOP and FPC YANKTON have been doing what ever they like for way too long! Is the BOP above the law? Is the BOP above this Honorable Court? The answer is NO, we are in the greatest country in the world, we have rights and laws. What I am asking here is for our rights and laws to be taken seriously that I Mr. Edwards as a citizen whom is paying dearly already for his mistake not be treated against our 8th Amendment right, enuring cruel and unsual punishment. I was not sentenced to be sexaully assaulted, to be denied mediacal treatement or pschological treatment. This is what by having me in their care, the BOP is responcible for. This people are not above the law, but the should be held to a more stringent standard being they BOP are the protecting the law, they know the law or at least they should one can only reasonably consider. The fact is clear DR. BOYD sexaully assaulted Mr. Edwards, Mertens, WARDEN J.W. COX and the rest named herein have contributed to the cover-up and denial of COnstitutional Rights of Mr. Edwards and many other inmates, whom are too fearful of retaliation to speak up. I ask For all proper and just releif this Honorable Court Deem appropriate. For this COurt to do the honorable thing, this motion has not been drafted by a professional attorney, but a layman with no current access to law library and no help. I ask for what is right by law here. The Evidence presented in Exhibits and requested from the BOP, OIG and FPC YANKTON by this motion proves beyond any doubt that the proponderance of the evidence is soo greatly in favor of Edwards' claim that this Court should grant promission to procedd, in forma pauperis, appointment of counsel and discovery request. This can and should lead to summary judgement in favor of Edwards, for the determinetal etfect this has done to the mental and emotional long term helth of Edwards. His PTSD has worsened since this, his medical condition are worsening, and now he is dealing day to day with the fact he was sexaully assaulted in prison by staff memeber. EDWARDS will have to deal with this the rest of his life and have to try to overcome this assault. It has been said in <u>Anderson v. Smith</u>, 697 F.2d (8th cir 1983), that " inmates can expect the BOP to follow it's own policies. The following cases further cire that validity issues administrative regulation have the force and effect of LAW." See <u>Wolff v. McDonnell</u>, 418 539 (1974); <u>Railway v. United States</u>, 514 F.2d 809

6

(D.C Cir 1975). BOP Program statements and other Department of Justice rule are considered law of USA." This said I firmly beleive that all RESPONDENTS in this case have violated the LAW, not to mention my body and Constitutional RIghts.

Recent case Lennear v. Wilson, Warden, No. 18-6403(4th cir Aug. 23, 2019) ruled that"failure to produce exculpatory evidence will severely prejudice substaintail rights to DUE PROCESS."

## PRAYER FOR RELIEF FROM INJURY

I, Timothy EDwards, Pro Se, prays for fair and just relief from this Honorable Court To grant this        42 USCS§1983 request, to provide all relief requested herein. I will have to live the rest of my life with the fact of being sexually assaulted in prison, this is serious prejudice to my constitutional rights, to my long term well being and mental state, I don't know if I ever wil be able to over come what happened to me at FPC YANKTON. In Wolff v. McDonnell,418 US 539, 41 L. Ed. 2d 935, 94 S. Ct. 2963( 1974) The Supreme Court granted that petitioner 42 USCS§1983 for BOP proceeding not compling with DUE PROCESS. This is as well Edwards claim of relief from BOP Exhaustion of ADministrative remedies and the constitutional deprivation caused thereby.

A. Mr. Edwards seeks per CARES ACT and his medical conditions not being addressed which is documented; for and ORDER from this Honorable Court for immediate transfer to HOME CONFINEMENT for the Duration of the last less then 50% of sentence;

B. For FPC YANKTON, BOP, IOG AND OTHER RESPONDENTS to pay for the next 5 years of medical and pschological treatement of Edwards; *to be determined by fact finder (monetary)*

C. For damages in not in       for the sexaull Assault Cover up; denial of medical/ pschological treatment, Further PTSD injury, and having to live the rest of life with being  Sexual assault victum; or what is deemed appropriate;

For any and all proper and just relief this Honorable Court deems appropriate. Mr. Edwards hereby prays for relief!

## CERTIFICATION

I, Timothy Edwards, Pro Se, do hereby certify pursuant to 28 USC §1746, that the foregoing is true and correct to teh best of my knowledge and belief.

## CERTIFICATE OF SERVICE

I, Timothy Edwards, Pro Se, do hereby certify that I served a true and correct copy of this MOTION with the CLerk of this HOnorable Court and the below named party by placing both in the outgoing U.S . MAil at FPC Yankton, in Yankton, SD with proper postage affixed thereto this  27  day of  August  , 2020, and in reliance upon SUpreme Court ruling in HOuston v. Lack for inmates filing with the Court.
TO:

Respectfully Submitted

Timothy EDwards, 11371-025
FPC YANKTON
P.O. BOX 700
Yankton, SD 57078

CERTIFIED MAIL

7019 1640 0002 0358 3382

Timot̶h̶
11371-025
FPC Yankton
P.O. Box
Yankton, SD
57078



⇔11371-025⇔
District Court
515 9TH ST
room 302
Rapid CITY, SD 57701
United States

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

FEDERAL PRISON CAMP
P.O. BOX 680
YANKTON, SD 57078   DATE:
THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING
PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN
OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM
OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE
MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER
ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESS,
PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS